## GONZALES v. STATE.
### No. 15574.

Court of Criminal Appeals of Texas.
Feb. 1, 1933.

W. Joe Bryan, of El Paso, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, J.

Conviction for assault with a prohibited weapon; punishment, six months in the county jail.

The indictment in this case is insufficient. It fails to allege that the assault was "wilfully" made. Such averment is necessary. Johnson v. State, 101 Tex. Cr. R. 217, 275 S. W. 714; Moore v. State, 112 Tex. Cr. R. 414, 16 S.W.(2d) 1089; Ham v. State, 118 Tex. Cr. R. 271, 40 S.W.(2d) 152.

The judgment will be reversed, and the prosecution ordered dismissed.

## RAY v. STATE.
### No. 15591.

Court of Criminal Appeals of Texas.
Feb. 1, 1933.

Gilbert Smith, of Anson, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, J.

Conviction is for attempting to pass as true a forged instrument, punishment being five years in the penitentiary.

We observe no defect in the indictment. The record is before us without statement of facts or bills of exception. In such condition nothing is presented for review.

The judgment is affirmed.